# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ZETTAVISION, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MARCUS EXCELSIOR LIMITED, LAN THI NGUYEN, and YUJUAN WANG, <br><br> Defendant. | Case No. 25-cv-9492 |

## COMPLAINT

1. Plaintiff Zettavision, Inc. ("Zettavision" or "Plaintiff"), hereby brings this complaint against Marcus Excelsior Limited ("Marcus"), Nguyen Thi Lan ("Lan"), and Yujuan Wang ("Wang") (each a "Defendant" and collectively, "Defendants"), for copyright infringement.

2. This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Federal Copyright Act, 17 U.S.C. § 101, *et seq.*, and 28 U.S.C. § 1331.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(3), as this matter arises from Defendants' activity on the Amazon platform, which constitutes activity in Illinois and this District, and Defendants have each consented

to the jurisdiction of the federal courts in any jurisdiction in which Amazon may be found.

4. Zettavision, Ltd. is a Hong Kong limited liability company with a registered address of Rooms 1318-19, Hollywood Plaza, 610 Nathan Rd, Mongoko Kowloon, Hong Kong. Through various affiliates and licensees, Zettavision engages in the development, production, and sales of a wide variety of apparel via e-commerce platforms in the United States.

5. Plaintiff is the owner of U.S. Copyright Registration Nos. VA 2-395-439, VA 2-240-955, VA 2-420-957, VA 2-420-996, VA 2-420-999, VA 2-421-001, and Vau 1-516-564, copies of which are attached as Exhibit A.

6. Defendant Marcus Excelsior Limited is a Hong Kong limited liability company with a registered address of R. 907, Silvercord Tower 2, 30 Canton Rd., Tsim Sha Tsui, Kowloon, Hong Kong.

7. Defendant Lan Thi Nguyen is an individual with an address of 86 Cho Canh, Huong Canh, Binh Xuyen, Vinh Phuc, Vietnam.

8. Defendant Yujuan Wang is an individual with an address of Huangzhai Township, Pujiang County No. 13, Quianyicun South District, Pujiang County, China.

9. Each of the Defendants have engaged in the unauthorized promotion and sale of products that incorporate one or more of Plaintiff's copyrighted designs

and images, or designs and images derived therefrom, without any license or other authorization from Plaintiff on the Amazon sales platform.

10. Defendants have offered their infringing products for sale throughout the United States, including in Illinois. Upon information and belief, Defendants have sold infringing products in Illinois.

11. Defendants knowingly copied the images and designs of Plaintiff for use on their products in an improper attempt to exploit the value of Plaintiff's copyright.

12. Defendants' actions have damages Plaintiff's interests in the economic value and goodwill associated with its copyright images and designs by diluting their presence in the market and diverting sales revenue and goodwill to Defendants and Plaintiff's expense.

13. Plaintiff has advised Defendants of their infringement via notices submitted to Amazon in compliance with the Digital Millenium Copyright Act.

14. In response to Plaintiff's notices, each Defendant has submitted a counter-notice challenging Plaintiff's right to control the use and reproduction of its copyrights.

15. Defendants' statements in their counter-notices are without reasonable basis or justification.

16. Defendants' past and current efforts to sell their infringing products constitute willful infringement of Plaintiff's copyrights.

## COUNT I – COPYRIGHT INFRINGMENT

17. Plaintiff repeats and incorporates by reference herein the allegations contained in the above paragraphs of this Complaint.

18. Plaintiff's copyrights have significant value and have been produced and created at considerable expense.

19. At all relevant times, Plaintiff has been the holder of the pertinent exclusive rights infringed by Defendants, as alleged hereunder, including but not limited to, the copyrights listed above and in Exhibit A.

20. Each Defendant, without the permission or consent of Plaintiff, has sold and continues to attempt to sell products using images and designs copied and/or derivaing from Plaintiff's copyrights.

21. Each Defendant's actions constitute infringement of Plaintiff's exclusive rights protected under the Copyright Act (17 U.S.C. §101 et seq.).

22. As a result of each Defendant's infringement of Plaintiff's exclusive rights under copyright, Plaintiff is entitled to relief pursuant to 17 U.S.C. §504 and to Plaintiff's attorneys' fees and costs pursuant to 17 U.S.C. §505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for:

    (a)    judgment against Defendants that they have willfully infringed Plaintiff's rights in Plaintiff's federally registered copyrights pursuant to 17 U.S.C. §501;

    (b)    judgment against Defendants that they have otherwise injured the business reputation and business of Plaintiff by Defendants' acts and conduct set forth in this Complaint;

    (c)    Judgment in favor of Plaintiff against Defendants for actual damages or statutory damages pursuant to 17 U.S.C. §504, at the election of Plaintiff, in an amount to be determined at trial;

    (d)    That Plaintiff be awarded Plaintiff's reasonable attorneys' fees and costs; and

    (e)    That Plaintiff be awarded any and all other relief that this Court deems just and proper.

August 11, 2025                                       Respectfully submitted,

                                                                         /s/ Timothy A. Duffy
                                                                         Timothy A. Duffy (ARDC #6224836)
                                                                         Law Office of Timothy A. Duffy, P.C.
                                                                         725 W Orchard Cir
                                                                         Lake Forest, IL 60045
                                                                         847-530-4920
                                                                         tduffy@tduffylaw.com

                                                                         *Attorney for Plaintiff Zettavision, Ltd.*